Fill in this information to identify the case:

Debtor 1   Shelly Marie Erickson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number   23-41388

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): 13

**Date of payment change:**
Must be at least 21 days after date of this notice    03/04/2024

**Last 4 digits** of any number you use to identify the debtor's account:    1800

**New total payment:**   $ 864.33
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____        New escrow payment:  $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%       New interest rate:  _____%
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED AND/OR CHANGE IN PRINCIPAL BALANCE (SEE AGREEMENT ATTACHED TO POC)

   Current mortgage payment: $ 884.70        New mortgage payment: $ 864.33

| Debtor 1 | Shelly Marie Erickson | Case number (if known) 23-41388 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☒ I am the creditor.
- ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Leah R. Turner  
Signature

Date 02/12/2024

Print: Leah R. Turner  
Title: Assistant VIce President

Company: Bank of America

Address: 4161 Piedmont Parkway  
Number    Street  
Greensboro, NC  27410  
City    State    ZIP Code

Contact phone (336) 854-4658

Email leah.r.turner@BofA.com

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON ( TACOMA DIVISION)

Chapter: 13 No. 23-41388

Judge: MARY JO HESTON

In re:

Shelly Marie Erickson

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 02/12/2024, I caused to be served a copy of this Notice and all attachments on the following by U.S. Mail, postage pre-paid, or via filing with the U.S. Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | Shelly Marie Erickson<br>2930 NW Hill St<br>Camas, WA 98607-1971 |
| Debtor's Attorney: | TIM COLEMAN<br>PO Box 12829<br>Salem, OR 97309-0829 |
| Trustee: | MICHAEL G. MALAIER<br>2122 Commerce St<br>Tacoma, WA 98402-3002 |

/s/ Larry Yip

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
larry.yip@lciinc.com